57 A.3d 642

Franklin X. BAINES, Petitioner

v.

**COURT OF COMMON PLEAS, County of Philadelphia, Attorney General Office, Commonwealth of Pennsylvania et al., Respondents.**

**No. 173 EM 2012.**

Supreme Court of Pennsylvania.

Dec. 17, 2012.

*ORDER*

PER CURIAM.

**AND NOW,** this 17th day of December, 2012, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED WITHOUT PREJUDICE** to Petitioner to seek relief in his pending Post Conviction Relief Act petition.